UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

```
-----------------------------X
In Re                                    Cr. 06-71 (GEB)

UNITED STATES OF AMERICA,
                                            ORDER OF
                                            REALLOCATION AND
                                            REASSIGNMENT

         V.


LEVON HARRIS,
-----------------------------X
```

It is on this 18th day of May, 2007,

O R D E R E D that the above entitled action is reallocated from TRENTON to NEWARK, and reassigned from Judge Garrett E. Brown, Jr. to Judge Joseph A. Greenaway, Jr.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
